IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSA PICKETT                                            PLAINTIFF

VS.                    CASE NO. 3:05CV00251 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed, and the case is remanded for further proceedings consistent with the opinion.

SO ADJUDGED this 26th day of March, 2007.

_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE