IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSA PICKETT                                                                PLAINTIFF

vs.                    Civil Case No. 3:05CV00251 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                  DEFENDANT

ORDER

    Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). She seeks compensation for 0.55 hours of work performed by her attorney before the District Court in 2005 at the rate of $156.00 per hour, 10.25 hour of work performed by her attorney in 2006 at the rate of $162.00 per hour and 4.20 hours of work by a paralegal at the rate of $75.00 per hour. She also seeks reimbursement for expenses in the amount of $13.95. The Commissioner does not object to the number of hours, the hourly rates submitted by Plaintiff or the requested expenses.

    The maximum statutory rate of compensation for work performed by an attorney set forth in § 2412(d)(2)(A)(ii) is $125.00. The increased rates requested by Plaintiff reflect an agreement between Plaintiff's counsel and the Office of the General Counsel of the

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).

Social Security Administration (Plaintiff's Exhibit A) to calculate attorneys' fees on an annualized basis, using the Consumer Price Index for All Urban Consumers (CPI-U).

Normally the court awards $65.00 per hour for work performed by a paralegal. Plaintiff argues the hourly fee for a paralegal should be $75.00 per hour based on the prevailing market rate, and has submitted supporting affidavits. The Secretary does not object to this request and the court presumes this increase is also part of the agreement between Plaintiff's counsel and the Office of the General Counsel. Accordingly, the court approves an award of fees in the amount of $2061.30 and expenses in the amount of $13.95.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees and expenses in the amount of $2075.25, pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 3rd day of July, 2007.

*Henry L. Jones, Jr.*
United States Magistrate Judge